**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Tracy Marie Garner  
Aana Elizabeth Garner

Case No: 19–32339 – KAC

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The chapter 13 trustee has requested that the court dismiss the case. After notice and hearing the court has determined that the case should be dismissed.

IT IS THEREFORE ORDERED:

The case is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 12/13/19

Katherine A. Constantine  
United States Bankruptcy Judge

> NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT  
> Filed and docket entry made on December 13, 2019  
> Lori Vosejpka Clerk, United States Bankruptcy Court  
> By: shelley Deputy Clerk

**odsm/mnbodsm.jsp 8/15**